**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Martin J. APPLEBEE, Defendant–
Appellant.**

No. 04–2204.

United States Court of Appeals,
Seventh Circuit.

June 17, 2005.

Timothy M. O'Shea, Office of the United States Attorney, Madison, WI, for Plaintiff–Appellee.

Joel B. Winnig, Madison, WI, for Defendant–Appellant.

Before COFFEY, EVANS, and SYKES, Circuit Judges.

**ORDER**

This court ordered a limited remand so the district court could state on the record whether the sentence remains appropriate now that *United States v. Booker,* —— U.S. ——, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005), has limited the Guidelines to advisory status. *See United States v. Paladino,* 401 F.3d 471 (7th Cir.2005).

The district judge has now replied that he would today impose the same sentence, knowing of the Guidelines' advisory status. The range under the Guidelines is 100 to 125 months, and Applebee's sentence of 115 months is slightly above the midpoint. We do not see any reason why such a sentence would be deemed "unreasonable" in post-*Booker* practice. The judgment of the district court therefore is AFFIRMED.